IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 98-50418
Conference Calendar

_____

VANDER WRIGHT,

Plaintiff-Appellant,

versus

TRAVIS COUNTY CORRECTIONAL CENTER,

Defendant-Appellee.

- - - - - - - - - -
Appeal from the United States District Court
for the Western District of Texas
USDC No. A-96-CV-745
- - - - - - - - - -

April 15, 1999

Before JONES, SMITH, and DUHÉ, Circuit Judges.

PER CURIAM:[*]

Vander Wright, Texas prisoner # 761537, appeals the district court's summary judgment dismissal of his civil rights complaint filed pursuant to 42 U.S.C. § 1983.  On appeal Wright has not identified any error committed by the district court.  He has failed to brief whether the district court erred in its conclusion that there is no genuine issue of material fact regarding Wright's due process claim.  Likewise, he has not identified any error in the district court's denial of his motion

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

for appointment of counsel.  The appeal is frivolous and is therefore DISMISSED.  *See Yohey v. Collins*, 985 F.2d 222, 225 (5th Cir. 1993); *Brinkmann v. Dallas County Deputy Sheriff Abner*, 813 F.2d 744, 748 (5th Cir. 1987); 5TH CIR. R. 42.2.

We warn Wright that additional frivolous appeals filed by him or on his behalf will invite the imposition of sanctions. To avoid sanctions, Wright is cautioned to review any pending appeals to ensure that they do not raise arguments that are frivolous.

APPEAL DISMISSED; SANCTIONS WARNING ISSUED.